JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $150,000.00 IN U.S. CURRENCY, <br><br> Defendant. | Case No. 2:21-cv-07532-JFW(SKx) <br><br> **CONSENT JUDGMENT OF FORFEITURE** |
| QIAN CHEN and MICHAEL ANJOMI, <br><br> Claimants. | |

Pursuant to the stipulation and request of Plaintiff United States of America, on the one hand, and claimants Qian Chen and Michael Anjomi (collectively, "Claimants"), on the other hand, the Court hereby enters this Consent Judgment of Forfeiture containing the terms set forth below:

On or about September 21, 2021, Plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture alleging that the defendant $150,000.00 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A) & (C).

Claimants filed their respective claims to the defendant currency on or about January 7, 2022 and their respective answers to the complaint on or about January 28, 2022.

No other parties have appeared in this case and the time for filing claims and answers has

expired.

The United States of America and Claimants have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A) & (C).

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than Claimants. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4. The United States of America shall have judgment as to the interests of Claimants and all other potential claimants as to the defendant currency, together with any interest earned on the defendant currency by the United States of America since seizure, which funds are hereby condemned and forfeited to the United States of America. The United States of America shall dispose of those funds in accordance with law.

5. Claimants, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which Claimants, and each of them, hereby withdraw), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimants, or either of them, whether pursuant to statute or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency

and institution of these proceedings.

7. The parties hereto shall bear their own attorney fees and costs.

8. The United States of America and Claimants, and each of them, consent to this judgment and waive any right to appeal.

Dated: July 13, 2022

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented By:

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United states Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA